JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (CSBN 165775)
Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, CA, 94612
  Telephone: (510) 637-3691
  Telefax:     (510) 637-3724
  E-mail: maureen.bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 99-40072 CW |
| Plaintiff, ) | JOINT STIPULATION AND ORDER SETTING MATTER ON COURT'S CALENDAR |
| v. ) | |
| JAMES VERNON DUNBAR, ) | |
| Defendant. ) | |

The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Maureen C. Bessette Assistant U.S. Attorney, hereby request that this matter be placed on the Court's calendar on October 21, 2009 at 2:00 p.m. for status and setting dates. Counsel for the defendant, Vernon Dunbar, has no objection to that date.

1
2
3  DATED: September 16, 2009				Respectfully submitted,
4
									JOSEPH P. RUSSONIELLO
5									United States Attorney
6
										/s/
7									MAUREEN C. BESSETTE
									Assistant United States Attorney
8
9										/s/
									CHRISTOPHER J. CANNON
10									Attorney for James Vernon Dunbar
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation
CR 99-40072 CW				2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 99-40072 CW |
| Plaintiff, | ) | |
| | ) | ORDER OF THE COURT |
| v. | ) | |
| JAMES VERNON DUNBAR, | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties

IT IS HEREBY ORDERED that this matter is set on the Court's calendar on October 21, 2009 at 2:00 p.m. The defendant's appearance is waived.

DATED: September 17, 2009

_____
The Honorable Claudia Wilken
U.S. District Court Judge

Joint Stipulation
CR 99-40072 CW