IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 99-40072 CW |
| Plaintiff, | ORDER FOR BRIEFING |
| v. | |
| JAMES VERNON DUNBAR, | |
| Defendant. | |

After briefing had been completed on Defendant James Vernon Dunbar's motion for sentence reduction under 18 U.S.C. § 3582(c)(2), the Supreme Court issued <u>Dillon v. United States</u>, __ S.Ct. __, 2010 WL 2400109 (U.S.), which addressed a § 3582(c)(2) motion. The parties are ordered to file supplemental briefs on the effect of <u>Dillon</u> on Defendant Dunbar's sentence. Defendant shall file a brief of no more than five pages in length by September 17, 2010; the government's brief of not more than five pages is to be filed by September 22, 2010; and Defendant's reply of not more than two pages is due on September 27, 2010.

IT IS SO ORDERED.

Dated: September 10, 2010

CLAUDIA WILKEN
United States District Judge